CHRISTOPHER E. GRELL, ESQ. (SBN 88498)
RICHARD F. RESCHO, ESQ. (SBN 108086)
LAW OFFICES OF CHRISTOPHER E. GRELL
The Leamington
1814 Franklin Street, Suite 501
Oakland, California   94612
Telephone:  (510) 832-2980
Facsimile:   (510) 832-2986

Attorneys for Plaintiff
ETHAN BLANKENSHIP

ROBERT E. DAVIES, ESQ. (SBN 106810)
MARY A. STEWART, ESQ. (SBN 106768)
REBECCA WEINSTEIN-HAMILTON, ESQ. (SBN 162699)
CAULFIELD, DAVIES & DONAHUE, LLP
P.O. BOX 277010
Sacramento, CA  95827
Telephone: (916) 817-2900
Facsimile:  (916) 817-2644

Attorneys for Defendant
ALASKA AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| ETHAN BLANKENSHIP,<br><br>        Plaintiff,<br><br>    v.<br><br>ALASKA AIRLINES, INC., and Alaska Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.:  2:09-CV-01377 JAM GGH<br><br>**The Hon. John A. Mendez**<br><br>**STIPULATION TO EXTEND DATES FOR EXPERT WITNESS DISCLOSURES AND REPORTS; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff ETHAN BLANKENSHIP and Defendant ALASKA AIRLINES, INC., through their respective counsel to extend the date for Exchange of Initial Expert Witness Disclosure and Reports, currently set for January 15, 2010, to March 19, 2010 and the date for Rebuttal Expert Disclosure currently set for February 12, 2010, to April 16, 2010.

This stipulation is made by counsel for the parties, pursuant to the Honorable Judge John A. Mendez's Pre-Trial Scheduling Order of July 14, 2009 and U.S.D.C. Eastern District Local Rules, Rule 6-144.

There is good cause for the requested extensions of the current dates for expert witness disclosures.  Although considerable discovery has been completed to date, a substantial amount of discovery remains in order to compile the necessary evidence to enable prospective experts to formulate their opinions.

Plaintiff's action is for damages resulting from a fall in the security area of Sacramento International Airport.  Plaintiff and Defendant have each served initial Requests for Production and Requests for Admissions, and Defendant has served Interrogatories.  Additionally, depositions have been taken of the Plaintiff and of witnesses who were in Plaintiff's traveling party.

Plaintiff's counsel have requested dates for the depositions of Defendant Alaska Airlines, Inc.'s personnel.  Plaintiff's medical records have been subpoenaed.

Although counsel have not been dilatory in conducting discovery, additional discovery is needed in order to assemble the evidence necessary for prospective experts to formulate their opinions.  Such discovery includes, but is not necessarily limited to, depositions of Defendant Alaska Airlines, Inc. personnel, airport security personnel, and treating physicians, and inspection of the area where the fall occurred, as well as further interrogatories and requests for production.

The parties agree that each party should be allowed adequate time to conduct necessary discovery into the matters at issue in this action, prior to expending the time and cost which would be required to meet the current expert witness disclosure requirements. The stipulated exension would allow the time needed.

Both parties, through their respective counsel, have agreed that it would serve the interests of justice and judicial economy to extend the current expert disclosure dates to March 19, 2010 and April 16, 2010, as set forth above.

**STIPULATION TO EXTEND DATES FOR EXPERT WITNESS DISCLOSURE AND REPORTS; ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

The requested extension of the current dates for expert witness disclosure would not affect the other dates set forth in the July 14, 2009 Pre-Trial Scheduling Order.

WHEREFORE, the parties respectfully move this Honorable Court to extend the dates for expert witness disclosure as requested herein.

Date: January _____, 2010          LAW OFFICES OF CHRISTOPHER E. GRELL


By:   _____
      RICHARD F. RESCHO
      Attorneys for Plaintiff
      ETHAN BLANKENSHIP

Date: January _____, 2010          CAULFIELD, DAVIES & DONAHUE, LLP


By:   _____
      ROBERT E. DAVIES
      MARY A. STEWART
      Attorneys for Defendant
      ALASKA AIRLINES, INC.

## **ORDER EXTENDING DATES FOR EXPERT WITNESS DISCLOSURE**

IT IS HEREBY ORDERED, good cause appearing therefor, that the date for exchange of Initial Expert Witness Disclosure and Reports, currently set for January 15, 2010 is extended through March 19, 2010, and the date for exchange of Rebuttal Expert Witness Disclosure, currently set for February 12, 2010, is extended through April 16, 2010.

IT IS SO ORDERED.

Date: January 7, 2010              /s/ John A. Mendez_____
                                   THE HON. JOHN A. MENDEZ
                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com