1 | CHRISTOPHER E. GRELL, ESQ. (SBN 88498)
RICHARD F. RESCHO, ESQ. (SBN 108086)
2 | LAW OFFICES OF CHRISTOPHER E. GRELL
The Leamington
3 | 1814 Franklin Street, Suite 501
Oakland, California 94612
4 | Telephone:  (510) 832-2980
Facsimile:   (510) 832-2986
5 |
Attorneys for Plaintiff
6 | ETHAN BLANKENSHIP

7 | ROBERT E. DAVIES, ESQ. / SBN 106810
MARY A. STEWART / SBN 106758
8 | REBECCA WEINSTEIN-HAMILTON, ESQ. / SBN 162699
CAULFIELD, DAVIES & DONAHUE, LLP
9 | P.O. BOX 277010
Sacramento, CA  95827
10 | Telephone: (916) 817-2900
Facsimile:  (916) 817-2644
11 |
Attorneys for Defendant
12 | ALASKA AIRLINES, INC.

13 |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0o-

| | |
|---|---|
| ETHAN BLANKENSHIP, | Case No. 2:09-CV-01377-JAM-GGH |
| Plaintiff, | **The Hon. John A. Mendez** |
| v. | **STIPULATION TO EXTEND DATES FOR EXPERT WITNESS DISCLOSURES AND REPORTS; AND TO EXTEND DISCOVERY COMPLETION DATE; ORDER** |
| ALASKA AIRLINES, INC., and Alaska Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, ETHAN BLANKENSHIP and Defendant ALASKA AIRLINES, INC., through their respective counsel to extend the date for Exchange of Initial Expert Witness Disclosure and Reports, currently

1

PDF created with pdfFactory trial version www.pdffactory.com

1  set for March 19, 2010, to April 30, 2010 and the date for Rebuttal Expert Disclosure
2  currently set for April 16, 2010, to May 28, 2010.

3  **IT IS FURTHER STIPULATED AND AGREED** by and between Plaintiff, ETHAN
4  BLANKENSHIP and Defendant ALASKA AIRLINES, INC., through their respective counsel
5  to extend the date for completion of discovery currently set for May 28, 2010, to and
6  including June 28, 2010.

7  This stipulation is made by counsel for the parties, pursuant to the Honorable Judge
8  John A. Mendez's Pre-Trial Scheduling Order of July 14, 2009, Judge Mendez's Order
9  Extending Dates for Expert Witness Disclosure of January 7, 2010, and U.S.D.C. Eastern
10 District Local Rules, Rule 144 (formerly L.R. 6-144).  There has been one prior Stipulation
11 and Order Extending the Dates for Expert Witness Disclosure and Reports in this case.

12 There is good cause for the requested extension of the current dates for expert
13 witness disclosures and extension of the discovery completion date.  The requested
14 extension of the expert witness disclosures necessitates the requested extension of the
15 discovery completion date.  Despite the parties' diligence in the completion and scheduling
16 of considerable discovery in this matter, including an Independent Physical Examination of
17 Plaintiff Ethan Blankenship, the requested extensions are necessary.

18 Plaintiff's action is for damages resulting from a fall in the security area of the
19 Sacramento International Airport. The parties, through their respective counsel, had
20 stipulated to an Independent Physical Examination of Plaintiff Ethan Blankenship by
21 Michael R. Klein, Jr., M.D., on March 1, 2010 at 3:00 p.m., at Dr. Klein's office located at
22 MKR Medical Consultants, Inc., 6555 Coyle Avenue, Suite 235, Carmichael, California.
23 (Attached Exhibit "A.")  However, Richard Rescho, counsel for Plaintiff Ethan Blankenship,
24 just learned on February 19, 2010 that Mr. Blankenship had been hospitalized with
25 pneumonia and was only released on February 18, 2010.  Due to his current illness, Mr.
26 Blankenship, who resides in Mountain Ranch, California, is unable to travel to Dr. Klein's
27 office for the examination on March 1, 2010.
28

**STIPULATION TO EXTEND DATES FOR EXPERT WITNESS DISCLOSURES AND REPORTS; AND TO EXTEND DISCOVERY**

PDF created with pdfFactory trial version www.pdffactory.com

Dr. Klein will be on vacation from March 11, 2010 through March 31, 2010. Consequently, Dr. Klein is not available to conduct an independent physical examination of Mr. Blankenship prior to the current March 19, 2010 expert witness disclosure date. The parties are currently in the process of scheduling a new appointment date in early April, 2010.

Plaintiff and Defendant have each served initial written discovery, including interrogatories, requests for production and requests for admissions. Plaintiff's medical treatment records have been subpoenaed. Additionally, depositions have been taken of the Plaintiff, Plaintiff's treating orthopedic surgeon and of witnesses who were in Plaintiff's traveling party. The deposition of Plaintiff's current treating physician is scheduled to be taken on Friday, February 26, 2010. Plaintiff's counsel intends to proceed with depositions of certain of Defendant Alaska Airlines, Inc.'s personnel. The depositions of the TSA witnesses identified by Plaintiff in discovery responses are in the process of being scheduled through the U.S. Department of Homeland Security, Transportation Security Administration.

Although counsel have not been dilatory in conducting discovery, additional time is needed to reschedule and complete the Independent Physical Examination of Plaintiff Ethan Blankenship. This additional discovery is needed in order for the parties to assemble the evidence necessary for prospective experts to formulate their opinions.

In addition to the completion of the Independent Physical Examination of Plaintiff, remaining necessary discovery includes, but is not necessarily limited to, depositions of certain Alaska Airlines, Inc. personnel, airport security personnel, certain of Plaintiff's treating physicians, and inspection of the area where the fall occurred, as well as further interrogatories and requests for production.

The parties agree that each party should be allowed adequate time to conduct necessary discovery into the matters at issue in this action, prior to expending the time and cost which would be required to meet the current expert witness disclosure requirements. The stipulated extension would allow the necessary time.

**STIPULATION TO EXTEND DATES FOR EXPERT WITNESS DISCLOSURES AND REPORTS; AND TO EXTEND DISCOVERY COMPLETION DATE; ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

Both parties, through their respective counsel, have agreed that it would serve the interests of justice and judicial economy to extend the current expert disclosure dates to April 30, 2010 and May 28, 2010 and to extend the current discovery completion date to June 28, 2010, as set forth above.

The requested extension of the current dates for expert witness disclosure and discovery completion would not affect the other dates set forth in the July 14, 2009 Pre-Trial Scheduling Order.

**WHEREFORE**, the parties respectfully move this Honorable Court to extend the dates for expert witness disclosure and discovery completion as requested herein.

**IT IS SO STIPULATED.**

Dated: February ___, 2010        **LAW OFFICES OF CHRISTOPHER E. GRELL**

By: _____
    Christopher E. Grell (SBN 88498)
    Richard F. Rescho (SBN 108086)
    **Attorneys for Plaintiff,**
    **ETHAN BLANKENSHIP**

Dated: February ___, 2010        **CAULFIELD DAVIES & DONAHUE, LLP**

By: _____
    Robert E. Davies (SBN 106810)
    Mary A. Stewart (SBN 106758)
    Rebecca Weinstein-Hamilton (SBN 162699)
    **Attorneys for Defendant,**
    **ALASKA AIRLINES, INC.**

## ORDER EXTENDING DATES FOR EXPERT WITNESS DISCLOSURE AND DISCOVERY COMPLETION

**IT IS HEREBY ORDERED,** good cause appearing therefore, that the date for exchange of Initial Expert Witness Disclosure and Reports, currently set for March 19,

4

**STIPULATION TO EXTEND DATES FOR EXPERT WITNESS DISCLOSURES AND REPORTS; AND TO EXTEND DISCOVERY COMPLETION DATE; ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

2010, is extended through April 30, 2010; the date for exchange of Rebuttal Expert Witness Disclosure, currently set for April 16, 2010 is extended through May 28, 2010; and the date for Completion of Discovery, currently set for May 28, 2010 is extended through June 28, 2010.

**IT IS SO ORDERED.**

Dated:  February 26, 2010                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             United States District Court Judge,
                                             Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com

**ROBERT E. DAVIES, ESQ. / SBN 106810**
**MARY A. STEWART / SBN 106758**
**REBECCA WEINSTEIN-HAMILTON, ESQ. / SBN 162699**
**CAULFIELD, DAVIES & DONAHUE, LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**Attorneys for Defendant**
**ALASKA AIRLINES, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| ETHAN BLANKENSHIP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., and Alaska Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.<br><br>CERTIFICATE OF SERVICE OF **STIPULATION TO EXTEND DATES FOR EXPERT WITNESS DISCLOSURES AND REPORTS; AND TO EXTEND DISCOVERY COMPLETION DATE; ORDER** |

**I HEREBY CERTIFY** that I electronically filed with the Clerk of Court the foregoing document entitled:  **STIPULATION TO EXTEND DATES FOR EXPERT WITNESS DISCLOSURES AND REPORTS; AND TO EXTEND DISCOVERY COMPLETION DATE; ORDER**using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

/ /

/ /

6

CHRISTOPHER E. GRELL (SBN 88498)
RICHARD F. RESCHO (SBN 108086)
LAW OFFICES OF CHRISTOPHER E. GRELL
The Learnington
1814 Franklin St, Ste 501
Oakland, CA  94612

Tel:  (510) 832-2980
Fax: (510) 832-2986

**Counsel for Plaintiff ETHAN BLANKENSHIP**

This _____ day of February, 2010.

**CAULFIELD DAVIES & DONAHUE, LLP**

By: _____
    Robert E. Davies, Esq.
    Mary A. Stewart, Esq.
    Rebecca Weinstein-Hamilton, Esq.
    **Attorneys for Defendant
    ALASKA AIRLINES, INC.**

**STIPULATION TO EXTEND DATES FOR EXPERT WITNESS DISCLOSURES AND REPORTS; AND TO EXTEND DISCOVERY COMPLETION DATE; ORDER**

PDF created with pdfFactory trial version www.pdffactory.com