**ROBERT E. DAVIES, ESQ. / SBN 106810**
**MARY A. STEWART / SBN 106758**
**REBECCA WEINSTEIN-HAMILTON, ESQ. / SBN 162699**
**CAULFIELD, DAVIES & DONAHUE, LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**Attorneys for Defendant**
**ALASKA AIRLINES, INC.**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### -o0o-

| | |
|---|---|
| ETHAN BLANKENSHIP, | Case No. 2:09-CV-01377-JAM-GGH |
| Plaintiff, | **ORDER GRANTING DEFENDANT ALASKA AIRLINES, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| ALASKA AIRLINES, INC., and Alaska Corporation, and DOES 1 through 100, inclusive, | [Local Rules of the United States District Court, Eastern District of California, Local Rules 140 and 141] |
| Defendants. | |

IT IS HEREBY ORDERED THAT, Defendant Alaska Airlines, Inc. and Plaintiff Ethan Blankenship's Motion for an Order, pursuant to United States District Court, Eastern District of California, Local Rules 140 and 141 allowing the filing under seal of certain portions of Plaintiff's and Defendant's Rule 26 Expert Witness Disclosures is granted as follows:

1.     The Federal Rules of Civil Procedure, Rule 26 (a)(2)(B)(v) lists of all other cases in which Plaintiff's and Defendant's designated experts, during the previous four years, have testified as an expert at trial or by deposition shall be filed under seal.

2.     The written report prepared by Michael R. Klein, Jr., M.D., MRK Consultants, Carmichael, California, concerning the Independent Medical Examination of Plaintiff Ethan Blankenship by Dr. Klein on April 19, 2010, as required by Federal Rules of Civil

1

PDF created with pdfFactory trial version www.pdffactory.com

Procedure, Rule 26 (a)(2)(B), along with the medical records summary included therewith, shall be filed under seal.

IT IS SO ORDERED.

Dated:  May 7, 2010

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge,
Eastern District of California

2

PDF created with pdfFactory trial version www.pdffactory.com

**ROBERT E. DAVIES, ESQ. / SBN 106810**
**MARY A. STEWART / SBN 106758**
**REBECCA WEINSTEIN-HAMILTON, ESQ. / SBN 162699**
**CAULFIELD, DAVIES & DONAHUE, LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**Attorneys for Defendant**
**ALASKA AIRLINES, INC.**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| ETHAN BLANKENSHIP,<br><br>          Plaintiff,<br><br>     v.<br><br>ALASKA AIRLINES, INC., and Alaska Corporation, and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.  2:09-CV-01377-JAM-GGH<br><br>**CERTIFICATE OF SERVICE OF [PROPOSED] ORDER GRANTING DEFENDANT ALASKA AIRLINES, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

     **I HEREBY CERTIFY** that I electronically filed with the Clerk of Court the foregoing document   entitled:    **[PROPOSED]  ORDER  GRANTING  DEFENDANT  ALASKA AIRLINES, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL** using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

/ /

/ /

3

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8

CHRISTOPHER E. GRELL (SBN 88498)
RICHARD F. RESCHO (SBN 108086)
LAW OFFICES OF CHRISTOPHER E. GRELL
The Leamington
1814 Franklin St, Ste 501
Oakland, CA  94612

Tel:  (510) 832-2980
Fax: (510) 832-2986

**Counsel for Plaintiff ETHAN BLANKENSHIP**

9    This 30th day of April, 2010.

10

11    **CAULFIELD DAVIES & DONAHUE, LLP**

12

13    By:  _____
14    Robert E. Davies, Esq.
       Mary A. Stewart, Esq.
       Rebecca Weinstein-Hamilton, Esq.
15    **Attorneys for Defendant**
       **ALASKA AIRLINES, INC.**

16
17
18
19
20
21
22
23
24
25
26
27
28

4

PDF created with pdfFactory trial version www.pdffactory.com

**ROBERT E. DAVIES, ESQ. / SBN 106810**
**MARY A. STEWART / SBN 106758**
**REBECCA WEINSTEIN-HAMILTON, ESQ. / SBN 162699**
**CAULFIELD, DAVIES & DONAHUE, LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**Attorneys for Defendant**
**ALASKA AIRLINES, INC.**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| ETHAN BLANKENSHIP, | Case No.  2:09-CV-01377-JAM-GGH |
| Plaintiff, | **CERTIFICATE OF SERVICE OF DEFENDANT ALASKA AIRLINES, INC.'S FEDERAL RULES OF CIVIL PROCEDURE, RULE 26 (a) (2) (A) EXPERTS DISCLOSURE** |
| v. | |
| ALASKA AIRLINES, INC., and Alaska Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

I am a citizen of the United States, over 18 years of age, employed in Sacramento County, and not a party to the within action; my business address is 1 Natoma Street, Folsom, California, 95630.

On **APRIL 30, 2010**, I served, in the manner indicated below, the foregoing document described as:  **CERTIFICATE OF SERVICE OF [PROPOSED] ORDER GRANTING DEFENDANT ALASKA AIRLINES, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL** to the parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed as follows:

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1    **Counsel for Plaintiff ETHAN BLANKENSHIP:**

2    CHRISTOPHER E. GRELL (SBN 88498)
     RICHARD F. RESCHO (SBN 108086)
3    LAW OFFICES OF CHRISTOPHER E. GRELL
     The Leamington
4    1814 Franklin St, Ste 501
     Oakland, CA  94612
5

6         I caused such envelopes to be deposited in the United States Mail at Folsom,

7    California, with postage thereon fully prepaid.  I am readily familiar with the firm's practice of

8    collection and processing documents for mailing.  It is deposited with the United States postal

9    service each day and that practice was followed in the ordinary course of business for the

10   service herein attested to.

11        I certify (or declare), under penalty of perjury, under the laws of the State of California,

12   that the foregoing is true and correct, and that this affidavit was executed on **APRIL 30,**

13   **2010**, at Folsom, California.

14

15                                                    _____

16                                                    JOY E. LEE

17

18

19

20

21

22

23

24

25

26

27

28

6

PDF created with pdfFactory trial version www.pdffactory.com