CHRISTOPHER E. GRELL, ESQ. (SBN 88498)
RICHARD F. RESCHO, ESQ. (SBN 108086)
LAW OFFICES OF CHRISTOPHER E. GRELL
The Leamington
1814 Franklin Street, Suite 501
Oakland, California 94612
Telephone:  (510) 832-2980
Facsimile:    (510) 832-2986

Attorneys for Plaintiff
ETHAN BLANKENSHIP

ROBERT E. DAVIES, ESQ. / SBN 106810
MARY A. STEWART, ESQ. / SBN 106758
REBECCA WEINSTEIN-HAMILTON, ESQ. / SBN 162699
CAULFIELD, DAVIES & DONAHUE, LLP
P.O. BOX 277010
Sacramento, CA  95827
Telephone: (916) 817-2900
Facsimile:  (916) 817-2644

Attorneys for Defendant
ALASKA AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| ETHAN BLANKENSHIP, | Case No. 2:09-CV-01377-JAM-GGH |
| Plaintiff, | **The Hon. John A. Mendez** |
| v. | **STIPULATION TO EXTEND DISCOVERY COMPLETION DATE; ORDER** |
| ALASKA AIRLINES, INC., and Alaska Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, ETHAN BLANKENSHIP and Defendant ALASKA AIRLINES, INC., through their respective counsel to extend the date for completion of discovery currently set for August 20, 2010, to and including September 20, 2010.

1

PDF created with pdfFactory trial version www.pdffactory.com

This stipulation is made by counsel for the parties, pursuant to the Honorable Judge John A. Mendez's Pre-Trial Scheduling Order of July 14, 2009, Judge Mendez's February 26, 2010 Order Extending Dates for Expert Witness Disclosure and Discovery Completion Date, Judge Mendez's June 3, 2010 Order Extending Dates for Discovery Completion, Dispositive Motions, Joint Pre-Trial Statement, Pre-Trial Conference and Jury Trial and U.S.D.C. Eastern District Local Rules, Rule 144 (formerly L.R. 6-144).  There have been two prior Stipulations and Orders Extending the Discovery Completion Date in this case.

There is good cause for the requested extension of the current discovery completion date.  The parties, through their respective counsel, are in the process of conducting settlement negotiations and would like additional time to pursue these discussions, prior to incurring further costs and expenses in completing expert witness depositions.  Both parties have agreed to mediate this case.  However, the parties have not been able to schedule the Mediation date prior to the currently scheduled expert witness depositions and the discovery completion date of August 20, 2010.  The parties are requesting an additional thirty day continuance of the Discovery Completion Date for the completion of Mediation and potential settlement of this case.

Due to Plaintiff, Ethan Blankenship's age of 91 years, the parties would like an opportunity to attempt to resolve this case through Mediation, in order to avoid the necessity of trial.  Plaintiff's action is for personal injury damages resulting from a fall in the security area of the Sacramento International Airport.

The requested extension of the discovery completion date would not require an extension of the remaining dates set forth in Judge Mendez's June 3, 2010 Order Extending Dates for Discovery Completion, Dispositive Motions, Joint Pre-Trial Statement, Pre-Trial Conference and Jury Trial.  Despite the parties' diligence in the completion and scheduling of considerable discovery in this matter, the requested extension is necessary.

Plaintiff and Defendant have each served initial written discovery, including interrogatories, requests for production and requests for admissions.  Plaintiff's medical treatment records have been subpoenaed.  Additionally, depositions have been taken of

PDF created with pdfFactory trial version www.pdffactory.com

1 the Plaintiff, Plaintiff's treating orthopedic surgeon, Plaintiff's treating physician, Plaintiff's consulting orthopedic surgeon and of witnesses who were in Plaintiff's traveling party. An Independent Medical Examination of the Plaintiff was completed on April 19, 2010. The depositions of the Transportation Security Administration employee witnesses identified by Plaintiff in discovery responses were taken on May 19, 2010. Plaintiff's counsel is proceeding with depositions of certain of Defendant Alaska Airlines, Inc.'s personnel in early August.

Expert Witness Disclosures have been filed with this Court and exchanged between the parties. The depositions of the disclosed expert witnesses have been scheduled by the parties to be completed during the weeks of August 9 and August 16, 2010, prior to the current Discovery Completion Date of August 20, 2010. These include the depositions of Plaintiff's three retained experts and of Defendant's retained medical expert. If the parties are required to proceed with these expert depositions prior to Mediation, each side will incur additional attorney's fees, travel costs, expert witness deposition fees, and court reporter fees, which potentially could be avoided through Mediation.

Both parties, through their respective counsel, have agreed that it would serve the interests of justice and judicial economy to extend the current Discovery Completion Date to September 20, 2010, as set forth above. The parties require the additional thirty day period to continue their settlement negotiations and complete Mediation prior to incurring the additional expert witness deposition expenses.

**WHEREFORE**, the parties respectfully move this Honorable Court to extend the date for discovery completion as requested herein.

//
//
//
//
//
//

3

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Dated: July ___, 2010        **LAW OFFICES OF CHRISTOPHER E. GRELL**


By: _____
    Christopher E. Grell (SBN 88498)
    Richard F. Rescho (SBN 108086)
**Attorneys for Plaintiff,**
**ETHAN BLANKENSHIP**

Dated: July ___, 2010        **CAULFIELD DAVIES & DONAHUE, LLP**


By: _____
    Robert E. Davies (SBN 106810)
    Mary A. Stewart (SBN 106758)
    Rebecca Weinstein-Hamilton (SBN 162699)
**Attorneys for Defendant,**
**ALASKA AIRLINES, INC.**

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER EXTENDING DATE FOR DISCOVERY COMPLETION

**IT IS HEREBY ORDERED,** good cause appearing therefore, that the date for Completion of Discovery, currently set for August 20, 2010 is extended through September 20, 2010.

**IT IS SO ORDERED.**

Dated: July 20, 2010              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  United States District Court Judge,
                                  Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com