CHRISTOPHER E. GRELL (NO. 88498)
RICHARD F. RESCHO (NO. 108086)
**LAW OFFICES OF CHRISTOPHER E. GRELL**
The Leamington
1814 Franklin Street, Suite 501
Oakland, California   94612
Telephone:   (510) 832-2980
Facsimile:   (510) 832-2986

Attorneys for Plaintiff
ETHAN BLANKENSHIP

ROBERT E. DAVIES (NO. 106810)
MARY A. STEWART (NO. 106758)
CAULFIELD, DAVIES & DONAHUE, LLP
P. O. Box 277010
Sacramento, CA  95827
Telephone:    (916) 817-2900
Facsimile:     (916) 817-2644

Attorneys for Defendant
ALASKA AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN BLANKENSHIP,<br><br>  Plaintiff,<br><br>vs.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>  Defendants. | **Case No.: 2:09-CV-01377-JAM-GGH**<br><br>**JOINT APPLICATION FOR ORDER EXTENDING TIME FOR FILING OF DISPOSITIONAL PAPERS**<br><br>**Judge: The Hon. John A. Mendez** |

## I. **INTRODUCTION**

The parties herein, Plaintiff ETHAN BLANKENSHIP and Defendant ALASKA AIRLINES, INC., hereby jointly apply to the Court for an Order extending the time for filing of dispositional papers from the current date of October 18, 2010 through November 19, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

-2-

The Joint Application is made pursuant to the provisions of Federal Rule of Civil Procedure ("FRCivP"), Rule 16 and Local Rules of the United States District Court, Eastern District of California ("Civil L. R."), Rule 160(b), and on the grounds the requested extension is necessary in order to allow sufficient time for execution of a Release and Settlement Agreement by the parties, and payment of the settlement amount to Plaintiff by Defendant.

## II. STATEMENT OF FACTS

Trial herein is set for February 7, 2011.

On September 1, 2010, the parties and their counsel conduct a voluntary mediation with a private mediator, at which time a settlement agreement was reached whereby Plaintiff ETHAN BLANKENSHIP will dismiss the entire action against Defendant ALASKA AIRLINES, INC., upon payment of the agreed-upon settlement amount.

At the time the settlement agreement was reached, it was agreed that a formal document setting forth the terms of the settlement would be prepared and executed by the parties. Defendant represented that it would make reasonable efforts to secure payment of the settlement amount within 30-60 days.

The Court's Order setting October 18, 2010 as the date for filing dispositional documents was entered September 27, 2010.

Defendant's counsel has prepared a Release and Settlement Agreement and provided the Agreement to Plaintiff's counsel for execution by the Plaintiff. Upon receipt of the executed Agreement, Defendant's counsel will tender the settlement payment to Plaintiff's counsel.

////
////
////
////
////
////
////
////

PDF created with pdfFactory trial version www.pdffactory.com

### III. REQUEST FOR EXTENSION

In order to allow sufficient time for execution of the Release and Settlement Agreement and tender of the settlement amount by Defendant, the parties respectfully request that the date for filing of the dispositional documents be extended to November 19, 2010, or such other date as the Court may determine.

Respectfully submitted,

Date: October ___, 2010          LAW OFFICES OF CHRISTOPHER E. GRELL


By: _____
    RICHARD F. RESCHO
    Attorneys for Plaintiff
    ETHAN BLANKENSHIP

Date: October ____, 2010         CAULFIELD, DAVIES & DONAHUE, LLP


By: _____
    MARY A. STEWART
    Attorneys for Defendant
    ALASKA AIRLINES, INC.

### ORDER

Joint Application having been made by the parties herein, and good cause appearing therefor,

IT IS ORDERED that the date for filing of dispositional documents herein is extended through November 19, 2010.

IT IS SO ORDERED.

Date: October 12, 2010           /s/ John A. Mendez_____
    THE HONORABLE JOHN A. MENDEZ
    Judge of the United States District Court,
    Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com